OPINION — AG — THE PROVISIONS OF 59 O.S. 1971 71 [59-71] REQUIRING A HAIRCUTTERS CERTIFICATE BE ISSUED BY THE STATE BOARD OF BARBER EXAMINERS AS A PREREQUISITE TO CUTTING HAIR IN BEAUTY SHOPS, WAS REPEALED BY IMPLICATION BY ARTICLE XXI, SECTION 2(A) AND, THEREFORE, THE STATE BOARD OF BARBER EXAMINERS HAS NO AUTHORITY TO ISSUE OR REQUIRE SUCH A CERTIFICATE. CITE: 59 O.S. 1971 199.1 [59-199.1] THRU 59 O.S. 1971 199.17 [59-199.17] (JAMES H. GRAY)